### PARKS v. STATE. (4 Div. 150.)

(Court of Appeals of Alabama. Dec. 15, 1925.)

Larceny ⟨key⟩56—Corpus delicti and guilty agency of accused may be proved by circumstantial evidence.

In prosecution for larceny, the corpus delicti, as well as guilty agency of accused, may be proved by circumstantial evidence.

Appeal from Circuit Court, Barbour County; N. D. Denson, Judge.

Seab Parks was convicted of petit larceny, and he appeals. Affirmed.

McDowell & McDowell, of Eufaula, for appellant.

There being no proof of the corpus delicti, defendant was entitled to the affirmative charge. Sanders v. State, 167 Ala. 85, 52 So. 417, 28 L. R. A. (N. S.) 536. An allegation in an indictment for larceny as to possession and ownership must be met by proof. Matthews v. State, 18 Ala. App. 222, 90 So. 52; Johnson v. State, 111 Ala. 66, 20 So. 590.

Harwell G. Davis, Atty. Gen., and Chas. H. Brown, Asst. Atty. Gen., for the State.

The corpus delicti may be proven by circumstantial evidence. The affirmative charge was properly refused.

RICE, J. Appellant was convicted of the offense of petit larceny. Not an exception was reserved on the trial of the case, and the record is in all things regular. The only error urged here is the refusal of the trial court to give in appellant's favor the duly requested general affirmative charge.

It would not be helpful to detail or discuss the evidence. We have carefully examined same, and are of the opinion that it was ample to support the verdict returned. The corpus delicti, as well as the appellant's guilty agency, were susceptible to proof by circumstantial evidence.

Finding nowhere any prejudicial error, the judgment is affirmed.

Affirmed.